AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** Massachusetts

FILED
IN CLERKS OFFICE

2004 MAY 14 A 8: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

V.

Todd Hickey

**WARRANT FOR ARREST**

CASE NUMBER: 04-1735-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Todd Hickey**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
possession of stolen firearms; and conspiracy to commit the same offense

in violation of
Title 18 United States Code, Section(s) 922 (j) and 371

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

5-12-04 @ Worcester, Massachusetts
Date and Location

Bail fixed at $ _____  by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
107 Granite St. #2, Worcester, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/13/04 | Mark S. Lewis DUSM | [Signature] |
| DATE OF ARREST 5/13/04 | | |

This form was electronically produced by Elite Federal Forms, Inc.