UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. **4:04CR4OO15-NMG** |
| v. | ) VIOLATIONS: |
| | ) 18 U.S.C. § 371 |
| JONATHAN "SHORTY" VEGA, and | ) (Conspiracy to possess |
| TODD HICKEY | ) stolen firearms) |
| | ) 18 U.S.C. § 922(j)- |
| Defendants | ) (Possession of stolen |
| | ) firearms) |

### INDICTMENT

COUNT ONE:    (18 U.S.C. § 371 - Conspiracy to Possess Stolen
            Firearms)

The Grand Jury charges that:

1. From on or about April 28, 2004 and continuing

thereafter, at Worcester and Charlton, Massachusetts, in the

District of Massachusetts, and elsewhere

### JONATHAN "SHORTY" VEGA, and
### TODD HICKEY,

defendants herein, did unlawfully, willfully, and knowingly

conspire, combine, confederate, and agree together and with each

other to knowingly receive, possess, conceal, store, and dispose

of stolen firearms, to wit: a Mossberg pump action 12 gauge

shotgun, bearing serial number J787186; and a Marlin .22 caliber

rifle, bearing serial number 16385829, which has been shipped and

transported in interstate and foreign commerce, either before or

after they were stolen, knowing and having reasonable cause to

believe the firearms were stolen, in violation of Title 18,

United States Code, Section 922(j).

## GENERAL ALLEGATIONS

At all relevant times:

2. JONATHAN "SHORTY" VEGA resided at 107 Granite Street, Apartment Second Floor, Left, in Worcester, Massachusetts.

3. TODD HICKEY resided at 107 Granite Street, Apartment Second Floor, Left, in Worcester, Massachusetts.

## MANNER AND MEANS BY WHICH THE CONSPIRACY WAS CARRIED OUT

The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

4. JONATHAN "SHORTY" VEGA and TODD HICKEY agreed to steal firearms, which were located at HICKEY's cousin's residence, in Charlton, Massachusetts, a location where both JONATHAN "SHORTY" VEGA and TODD HICKEY previously visited.

5. JONATHAN "SHORTY" VEGA and TODD HICKEY traveled by automobile from Worcester to 44 Gould Road, in Charlton, Massachusetts ("the premises").

6. JONATHAN "SHORTY" VEGA and TODD HICKEY broke a cellar window and entered the premises.

7. JONATHAN "SHORTY" VEGA and TODD HICKEY found two firearms within the premises.

8. JONATHAN "SHORTY" VEGA and TODD HICKEY removed the weapons from the premises, placed them in an automobile, and returned to Worcester, where they disposed of the weapons.

2

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the following overt acts were committed in the District of Massachusetts, and elsewhere:

9. On or about April 28, 2004, JONATHAN "SHORTY" VEGA and TODD HICKEY met in Worcester, Massachusetts.

10. On or about April 28, 2004, TODD HICKEY via automobile traveled with JONATHAN "SHORTY" VEGA from Worcester, Massachusetts to 44 Gould Road, in Charlton, Massachusetts.

11. On or about April 28, 2004, JONATHAN "SHORTY" VEGA and TODD HICKEY broke and entered 44 Gould Road, in Charlton, Massachusetts.

12. On or about April 28, 2004, JONATHAN "SHORTY" VEGA and TODD HICKEY found two firearms, to wit: a Mossberg pump action 12 gauge shotgun, bearing serial number J787186; and a Marlin .22 caliber rifle, bearing serial number 16385829, within 44 Gould Road, in Charlton, Massachusetts, carried them away, and placed them into an automobile.

3

13.   On or about April 28, 2004, JONATHAN "SHORTY" VEGA and
TODD HICKEY departed from Charlton, Massachusetts, and returned
to Worcester, Massachusetts, where they disposed of the firearms.


All in violation of Title 18, United States Code, Section
371.

4

COUNT TWO:    (18 U.S.C. § 922(j)- Possession of Stolen Firearms)

The Grand Jury charges that:

On or about April 28, 2004, at Charlton and Worcester, in the District of Massachusetts,

### JONATHAN "SHORTY" VEGA, and TODD HICKEY,

the defendants herein, did knowingly receive, possess, conceal, store, and dispose of stolen firearms, to wit: a Mossberg pump action 12 gauge shotgun, bearing serial number J787186; and a Marlin .22 caliber rifle, bearing serial number 16385829, which has been shipped and transported in interstate and foreign commerce, either before or after they were stolen, knowing and having reasonable cause to believe the firearms were stolen.

All in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

**A TRUE BILL**

_Thomas E Joyce_
Foreperson of the Grand Jury

_John M. Hodgens, Jr._  6/1/04
John M. Hodgens, Jr.
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:              June 2, 2004

Returned into the District Court by the Grand Jurors and filed.

_M. Castle_  11:59 Am
Deputy Clerk

6

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Worcester        **Category No.** II        **Investigating Agency** ATF

**City** Charlton                    **Related Case Information:**

**County** Worcester                 Superseding Ind./ Inf. _____    Case No. _____
                                     Same Defendant _____    New Defendant _____
                                     Magistrate Judge Case Number        04-1735-CBS
                                     Search Warrant Case Number    04-1736-CBS
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jonathan Vega                    Juvenile  ☐ Yes  ☒ No

Alias Name   "Shorty"

Address   107 Granite Street, Apt 2nd Floor, Left, Worcester, MA

Birth date (Year only): 1983   SSN (last 4 #): 2315  Sex M  Race: W        Nationality: USA

**Defense Counsel if known:** JAMES DILDAY, ESQ.    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** John M. Hodgens, Jr.                    **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes  ☒ No        **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes  ☒ No

        ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**    5/13/04

☒ **Already in Federal Custody as** _____  in _____.
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**   Ordered by  Swartwood, U.S.M.J.   on   5/13/04

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  2

**Continue on Page 2 for Entry of U.S.C. Citations**

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 6/2/04        **Signature of AUSA:** John M. Hodgens, Jr.

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _Worcester_    **Category No.** _II_    **Investigating Agency** _ATF_

**City** _Charlton_                    **Related Case Information:**

**County** _Worcester_                Superseding Ind./ Inf. _____    Case No. _____
                                       Same Defendant _____    New Defendant _____
                                       Magistrate Judge Case Number    04-1735-CBS
                                       Search Warrant Case Number    04-1736-CBS
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _Todd Hickey_                    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address    _107 Granite Street, Apt 2nd Floor, Left, Worcester, MA_

Birth date (Year only): _1971_  SSN (last 4 #): _0780_  Sex _M_  Race: _W_    Nationality: _USA_

**Defense Counsel if known:**    **Raymond O'Hara, Esq.**    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _John M. Hodgens, Jr._    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

    ☐ **Warrant Requested**    ■ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** _5/13/04_

☒ **Already in Federal Custody as** _____ **in** _Wyatt_ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:  Ordered by** _____ **on** _____

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony** _2_

**Continue on Page 2 for Entry of U.S.C. Citations**

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _6/2/04_    **Signature of AUSA:** _John M. Hodgens, Jr._