*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

UNITED STATES OF AMERICA

        Plaintiff,        CIVIL ACTION
v.                           NO. 04-CR-40015-NMG

JONATHAN VEGA & TODD HICKEY

        Defendant,

_____

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| | |
|---|---|
| U.S. District Court | **COURTROOM #1, 5th FLOOR** |
| 595 Main Street | Date and Time: |
| Worcester, MA 01608 | **July 28 at 2:30 p.m.** |

_____
Type of Proceeding:

**ARRAIGNMENT**


_____

                                        CHARLES B. SWARTWOOD, III
                                        MAGISTRATE JUDGE


  July 16, 2004                  _/s/Sherry Jones
_____
Date                                 Sherry Jones
                                         Deputy Clerk
                                         (508) 929-9902


cc: All counsel