# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

|                          |     |                     |
|--------------------------|-----|---------------------|
| UNITED STATES OF AMERICA | )   |                     |
|                          | )   |                     |
| v.                       | )   | **CRIMINAL ACTION** |
|                          | )   | **NO. 04-40015-FDS**|
| JONATHAN VEGA and        | )   |                     |
| TODD HICKEY,             | )   |                     |
| Defendants,              | )   |                     |

## ORDER OF EXCLUDABLE TIME
### September 10, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 11, 2004 (date of expiration of prior order of excludable time) through October 7, 2004 (date by which plea negotiations should be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE