

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

*Main Reception: (508) 368-0100*
*Facsimile:      (508) 756-7120*

*Federal Building & Courthouse*
*595 Main Street, Suite 206*
*Worcester, Massachusetts 01608*

October 4, 2004

**BY HAND**
Mr. Martin Q. Castles
Courtroom Clerk to Judge Saylor
Office of the Clerk
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Re:  **U.S. v. Hickey and Vega**
     Cr. No. 04-40015-FDS

Dear Mr. Castles:

   Would you be so kind as to schedule Rule 11 hearings in the above-referenced matter as promptly as possible.

   Counsel for both Defendants have contacted the Government and informed the Government they would like to change their pleas to guilty.

   Please note that there are no plea agreements.

                                   Very truly yours,

                                   MICHAEL J. SULLIVAN
                                   UNITED STATES ATTORNEY

                              By:  *[signature]*
                                   JOHN M. HODGENS, JR.
                                   Assistant U.S. Attorney

cc:  James Dilday, Esq.
     Raymond O'Hara, Esq.
     Lisa Roland, Ctr. Clerk to Judge Swartwood