UNITED STATES FEDERAL DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-40015-FDS

UNITED STATES OF AMERICA

V.

TODD HICKEY

## ASSENTED TO MOTION TO CONTINUE SENTENCING

Now comes the defendant in the above matter and moves that his sentencing, scheduled for January 27, 2005 be continued for six weeks

As grounds for this motion the defendant states that he pleaded guilty while the matters of <u>USA v. Booker and USA v. Fanfan</u> were pending before the United States Supreme Court.

The holdings by the United States Supreme Court on January 12, 2005 in <u>Booker and Fanfan</u> regarding sentencing in federal court would appear to impact the sentence that may be imposed on Mr. Hickey.

The defendant requests an additional six weeks to formulate a sentencing memorandum that will reflect the holdings of the <u>Booker and Fanfan</u> cases.

This motion is assented to by the Office of the United States Attorney.*

                                                Respectfully submitted
Todd Hickey,
By his attorney

Raymond A. O'Hara
1 Exchange Place
Worcester, MA 01608
Tel. 508 831-7551
BBO#546366

\* The Assistant United States Attorney who represented the government up to and including the defendant's plea of guilty will be on trial until the beginning of March.

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party ~~by mail~~ (by hand) on 1/24/05                    .