# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                                    CRIMINAL

                                      CASE NO. 04-CR-40015-FDS

TODD HICKEY
        Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that Timothy Watkins, of Federal Defender Office for the District of Massachusetts, be appointed, effective as of July 17, 2006 to represent said defendant in this cause until further order of the Court.

                                            SARAH A. THORNTON
                                            CLERK OF COURT

                            By:   /S/ Jarrett Lovett
                                     Deputy Clerk

DATE: 7/17/06

(FPD Appointment.wpd - 3/7/2005)