UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
    Plaintiff,
v.
                                            CR 04-40015-FDS

TODD HICKEY,
    Defendant,

## ORDER OF APPOINTMENT OF COUNSEL

December 19, 2006

HILLMAN, M.J.

    It is hereby ORDERED that Timothy Watkins of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                                                Timothy S. Hillman
                                                MAGISTRATE JUDGE

                                                By the Court:

                                                /s/ Lisa B. Roland
                                                Lisa B. Roland
                                                Deputy Clerk