AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

*filed in open court 12/19/2006*

UNITED STATES OF AMERICA
V.

Todd Hickey

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 04-40015-FDS

I, Todd Hickey, charged in a ☐ complaint ☒ petition pending in this District with Violations of Supervised Release in violation of Title _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination  ☐ hearing , do hereby waive (give up) my right to a preliminary ☐ examination  ☐ hearing.

_____
Defendant

12/19/2006
Date

_____
Counsel for Defendant